991 A.2d 307

**COMMONWEALTH ex rel. Ricky TEJADA, Appellant**

v.

**Jeffery A. BEARD, Secretary, Department of Corrections, et al., Appellees.**

Supreme Court of Pennsylvania.

March 24, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of March, 2010, the Order of the Commonwealth Court is **AFFIRMED.**